Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 20 2019

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico 

Tenth Circuit

| | | |
|---|---|---|
| Wilfred Alexander Page C/O Et Al;<br>Microsoft Corporation, Google Corporation | ) ) ) ) ) | Case No. __19cv1081 KRS__<br>*(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) | |
| -v- | ) | |
| Microsoft Corp. & Google LLC Developers,<br>Programmers<br>Code Developers, Employees | ) ) ) ) ) | |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Wilfred Alexander Page |
   | Street Address | 1509 Erbbe Street NorthEast |
   | City and County | Albuquerque ; Bernalillo |
   | State and Zip Code | New Mexico 87112 |
   | Telephone Number | (505) 859-0688 |
   | E-mail Address | willfuss@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Microsoft Corporation |
| Job or Title *(if known)* | All Employees |
| Street Address | Microsoft Corporation One Microsoft Way |
| City and County | Redmond ; King County |
| State and Zip Code | Washington 98052 |
| Telephone Number | (425) 706-7329 |
| E-mail Address *(if known)* | C/O Bill.Gates@Microsoft.com ; Bill.Gates@Gatesfoudation.com |

Defendant No. 2

| | |
|---|---|
| Name | Googleplex C/O Alphabet Inc. |
| Job or Title *(if known)* | Google Employees, Developers, Programmers |
| Street Address | 1600 Amphitheatre Parkway |
| City and County | Mountian View ; Santa Clara County |
| State and Zip Code | California 94043 |
| Telephone Number | (650)253-0000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question  [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Illegal Theft and code pushed out by developers and programmers to my self The Lead Developer Wilfred Alexander Page in an attemp to Steal my Trusted Security Certificates that allow me to act on behalf of the Microsoft Corp. and the Google LLC Corp Respectively to press charges on behalf of said corporations to press charges against all Ilegal Activites done Against my Persons as Lead Developer.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Wilfred Alexander Page, is a citizen of the State of *(name)* New Mexico.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Employess of Microsoft Corp. & Google LLC, is a citizen of the State of *(name)* Washington ; California Respectively. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* **Microsft Corp ; Google LLC**, is incorporated under the laws of the State of *(name)* **Washington DC**, and has its principal place of business in the State of *(name)* **Washington ; California Respectively**. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
All Developmental Ideas and Trusted Security Certificates of My Person Wifred Alexander Page

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Microsoft Corporation Developemantal Team and Employees
Google LLC Developmental Team and Employees

B.    What date and approximate time did the events giving rise to your claim(s) occur?
July 25, 2017 - November 16, 2019

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
My Account was hacked and attacked by employees and various ciizens in which i am the lead developer and code was pushed out in an attemp to corrupt the system by said Employees and Various Citizens Globally to gain illegal entry to my account and alter my settings as the systems administrator.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
The actions of the individuals are an act of extortion, domestic terrorism and espionage as I am the systems Administrator and Lead Developer of Said Corporations in an attempt to steal my access to said companys.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
I am asking that an investigation be done and all employees actions looked into and proper charges are pressed on behalf of Myself Wilfred Alexander Page C/O Bill Gates and Pichai Sundararajan respective persons and CEO

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/16/2019

Signature of Plaintiff: *Wilfred Alexander Page*

Printed Name of Plaintiff: Wilfred Alexander Page

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| Microsoft Corporation | )  Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 25, 2017___ in the county of ___Bernalillo___ in the ___Tenth___ District of ___New Mexico___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 501 & 506 Title 17 | Illegal Theft of Lead Developer Wilfred Alexander Pages Trusted Security Certificates by Employees of Microsoft Corporatioin by other developers withing Microsoft Corporation to illegially appropiate Trusded Security Certificaes to their own Persons and steal all of my Development Work for the Microsoft Company in the attempt to publish in their own names as developers. |
| 518 PC | Extortion by developers under me who are stealing my work and ideas in an attempt to pass it off as their own developmental work. |
| 530.5 PC | Stealing my identity in the form of my Trusted Security Certificates |

This criminal complaint is based on these facts:

As the lead developer of Microsoft and with the authority of myself to act on behalf of the Microsoft Corporation my account was hacked and a license that I issued on behalf of Microsoft Corporation to the Department of Defense was stolen from my computer in an attempt to set up and pass off as their own. Several persons are daily hacking into my Microsoft, Google, Amazon accounts in which I Wilfred Alexander Page am the Lead Developer and have Trusted Security Certificates that afford me the actions to act on behalf of the Corporations themselves.

☐ Continued on the attached sheet.

___Wilfred Alexander Page___
*Complainant's signature*

___Wifred Alexader Page ; Lead Developer___
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___11/16/2019___

___Wilfred Alexander Page___
*Judge's signature*

City and state: ___Albuquerque New Mexico___

___Wilfred Alexander Page ; Judge Messiah___
*Printed name and title*

Wilfred Alexander Page
1509 Erbbe St. NE
Albuquerque, NM 87112



CPU

CERTIFIED MAIL

7019 0700 0002 0053

Mitchell R. Elfers
Pete V Domenici
U.S. Courthouse
333 Lomas Blvd.
Albuquerque, NM 87102

Clerks office 2nd floor

RECEIVED
UNITED STATES DISTRICT C(
ALBUQUERQUE, NEW MEX

NOV 20 2019

MITCHELL R. ELFE
CLERK