IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILFRED ALEXANDER PAGE, et al.,

    Plaintiffs,

v.         No. 1:19-cv-01081-KG-KRS

MICROSOFT CORPORATION,
GOOGLE LLC, et al.,

    Defendants.

# FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

IT IS ORDERED that this case is DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE